# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE, ARRAIGNMENT & PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) |
| v. | ) Case No: 25-CR-354(1) JWB |
| | ) Date: November 17, 2025 |
| ASAD AHMED ADOW, | ) Court Reporter: Caitlin Albrecht |
| | ) Courthouse: St. Paul |
| Defendant. | ) Courtroom: 7A |
| | ) Time Commenced: 10:07 AM |
| | ) Time Concluded: 10:49 AM |
| | ) Time in Court: 42 Minutes |

Before Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:
    For Plaintiff:    Daniel Bobier, Assistant United States Attorney
    For Defendant:    Joseph Tamburino and William Bailey, Retained

PROCEEDINGS:

    x **INITIAL APPEARANCE and ARRAIGNMENT:**
        x Reading of Information Waived.
    x **WAIVER OF INDICTMENT**
    x **PLEA:**
        x Guilty as to Count 1 of Felony Information.
    x Presentence Investigation and Report requested.
    x Defendant released on Conditions see Order Setting Conditions of Release and Appearance Bond.

                                                  s/D. Dodd
                                                  Courtroom Deputy