Waiver of Indictment                                          Cr. Form No. 18

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                    Criminal No. 25-354 (JWB)

ASAD AHMED ADOW,

      Defendant.

Asad Ahmed Adow, the above-named defendant, who is accused of wire fraud, being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

Date: November 17, 2025

_____
Asad Ahmed Adow, Defendant

_____
Daniel W. Bobier, Witness

_____
Joe Tamburino, Esq.